■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HUGO GARCIA, Appellant. [51 NYS3d 500]—Judgment, Supreme Court, Bronx County (Robert A. Sackett, J.), rendered August 25, 2011, convicting defendant, after a nonjury trial, of attempted assault in the third degree, attempted criminal possession of a weapon in the fourth degree, menacing in the third degree, and harassment in the second degree, and sentencing him to one year of probation, unanimously affirmed.

The court's verdict, rejecting defendant's justification defense, was not against the weight of the evidence. There is no basis for disturbing the court's credibility determinations, including its evaluation of the possible biases of witnesses. Although defendant's testimony was supported by that of several witnesses, it is the quality of the testimony that controls, not the number of witnesses who testify. Concur—Friedman, J.P., Richter, Mazzarelli, Feinman and Gische, JJ.